THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KATIE JACOB<br><br>               Plaintiff,<br><br>v.<br><br>LOWE'S; LOWE'S HOME CENTERS, LLC; LOWE'S COMPANIES, INC.; LOWE'S HOME CENTERS, LLC-STORE 0773; and DOES 1 TO 100, INCLUSIVE<br><br>               Defendants. | Case No.: 2:19-cv-08343 GW (MRWx)<br>*(Los Angeles County Superior Court Case No. 19STCV29820)*<br><br>(Assigned to Hon. George H. Wu, District Judge; Michael R. Wilner, Magistrate Judge)<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Stipulation between plaintiff Katie Jacob and Defendant Lowe's Home Centers, LLC, this action is dismissed with prejudice, in its entirety, with each party to bear its own costs.

IT IS SO ORDERED.

Dated: December 20, 2019

                                                       *[signature]*
                                      The Honorable George H. Wu
                                      United States District Court Judge

- 1 -
**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO SETTLEMENT**